UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABRAHAM ELSHEICK,

    Plaintiff,                               Case No. 12-cv-14565
                                                       HON. BERNARD A. FRIEDMAN

vs.

PNC FINANCIAL f/k/a
NATIONAL CITY BANK, et al.,

    Defendants.
_____/

## **J U D G M E N T**

    The Court has granted defendants' motion to dismiss the complaint.

    Accordingly,

    IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Costs to be permitted in accordance with law.

                                                   DAVID J. WEAVER
                                                   CLERK OF COURT


                                                   By:_____ Carol L. Mullins____
                                                               Deputy Clerk

August 2, 2013

s/ Bernard A. Friedman_____
        BERNARD A. FRIEDMAN
        U.S. DISTRICT JUDGE